IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00144

JOHN AND CARRIEANN MCDONOUGH,

        Petitioners,

   v.

UNITED STATES OF AMERICA,

        Respondent.

---

ORDER DISMISSING PETITION TO QUASH SUMMONS ISSUED ISSUED TO GUARANTY BANK

---

Upon consideration of the stipulation between the parties, IT IS HEREBY ORDERED THAT the Petitioners' claims against the United States are dismissed with prejudice.

DATED this 18th day of April, 2013.

BY THE COURT:

_/s/ Brooke Jackson_

R. Brooke Jackson
United States District Judge